UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Anyang Xinyi Electric Glass Co., Ltd**,<br><br>Plaintiff,<br><br>v.<br><br>**B&F International (USA) Inc.**.<br><br>Defendants. | **CASE NO.** CV 15-00862 BRO (AJWx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

    The Court has been advised that prosecution of this action has been stayed by the filing of a bankruptcy petition as to Defendants B & F INTERNATIONAL (USA) INC.'S (Dkt No. 46). See 11 U.S.C. § 362.

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    In order to permit the Court to monitor this action, the Court orders Plaintiff(s) to file periodic status reports indicating what steps have been taken to obtain relief from the stay or to prosecute the stayed claims in the bankruptcy proceeding. The first such report is to be filed on June 30, 2017, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due.

    All pending calendar dates are vacated by the Court.

1 | This Court retains jurisdiction over this action and this Order shall not prejudice
2 | any party to this action.
3 |
4 | IT IS SO ORDERED.
5 |
6 | DATED: March 31, 2017
7 | By: _____
8 | Honorable Beverly R. O'Connell
9 | United States District Court Judge

2.